IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-CV-186-FL

| | |
|---|---|
| JAMAAL JONES, | |
| Plaintiff, | ORDER GRANTING DEFENDANT'S |
| v. | MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS |
| BSH HOME APPLIANCES CORPORATION, | |
| Defendant. | |

This matter having come before this Court on *Defendant's Motion to Compel Arbitration and to Stay Proceedings*, pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3), and/or (6), Fed. R. Civ. P. 7(b), Local Civil Rules 7.1 and 10.1, the North Carolina Revised Uniform Arbitration Act ("RUAA") and the Federal Arbitration Act ("FAA"); and

It appearing to this Court that good cause exists for the granting of the Motion; and that said Motion should be allowed;

**IT IS THEREFORE ORDERED** that, for the reasons set forth in the *Defendant's Motion to Compel Arbitration and to Stay Proceedings,* supporting Declarations, and *Memorandum of Law in Support*, the *Defendant's Motion to Compel Arbitration and to Stay Proceedings* is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff shall proceed to arbitration in accordance with the terms of his Arbitration Agreement with Defendant BSH Home Appliances Corporation.

**IT IS FURTHER ORDERED** that this proceeding is STAYED as to the claims against Defendant BSH Home Appliances Corporation pending Arbitration.

**IT IS FURTHER ORDERED** that Defendant shall file report on the status of arbitration by February 28, 2026, if appropriate dismissal documents are not earlier filed.

**IT IS SO ORDERED.**

This the 29th day of May, 2025.

The Honorable Louise W. Flanagan
United States District Court Judge